# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BARBARA M. COOMER,

        Plaintiff, : Case No. 3:10-cv-302

  - vs - : District Judge Walter Herbert Rice
          Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL :
SECURITY,
          :
        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #9), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

      It is hereby ORDERED that the complaint is DISMISSED without prejudice for want of prosecution and this case is TERMINATED on the docket of this Court.

January 14, 2011.

                                    Walter Herbert Rice
                                    United States District Judge